UNCLAIMED FUNDS

NOVEMBER 5, 2010

| | |
|---|---|
| 07-60023 | DARNELL GRAHAM<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461599 FOR $173.84<br>AMERICA'S CHECK MART<br>3477 MASSILLON RD<br>UNIONTOWN, OH  44685 |
| 06-60236 | RICHARD DANIELS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461598 FOR $1,741.88<br>GENERAL REVENUE CORPORATION<br>PO BOX 495999-0165<br>CINCINNATI, OH  45249-5999 |
| 06-60236 | RICHARD DANIELS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461597 FOR $1,544.30<br>AES/PHEAA<br>1200 NORTH SEVENTH STREET<br>HARRISBURG, PA  17102-1444 |

```
                                    0 · *
                                173 · 84 +
                              1,741 · 88 +
                              1,544 · 30 +
                              3,460 · 02 *
```